FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

DEC - 7 2011

CENTRAL DISTRICT OF CALIFORNIA
BY svy   DEPUTY

ENTER/JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| RAYMOND CHARLES RANDOLPH, <br><br> Petitioner, <br><br> v. <br><br> S. SULLIVAN, <br><br> Respondent. | Case No. CV 08-00841 AHM (AN) <br><br><br> JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated: December 5, 2011

_____
A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

DEC - 7 2011

CENTRAL DISTRICT OF CALIFORNIA
BY   DEPUTY