FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

DEC - 7 2011

CENTRAL DISTRICT OF CALIFORNIA
BY svvy DEPUTY

ENTER/JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RAYMOND CHARLES RANDOLPH, | Case No. CV 08-00841 AHM (AN) |
| Petitioner, | |
| v. | JUDGMENT |
| S. SULLIVAN, | |
| Respondent. | |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated: December 5, 2011

A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

DEC - 7 2011

CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY